# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR  TEL. (212) 686-8111
NEW YORK  FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

March 10, 2023

**ECF Filed**

Honorable Vernon S. Broderick
United States District Judge
U.S. District Courthouse for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.    3/10/2023
>
> Mr. Sinclair is ORDERED to notify Probation before leaving his residence to attend the birth, and upon his return to his residence after the birth. SO ORDERED

Re:  U.S. v. Plaza, et al., including Maurice Sinclair, S1 22 Cr. 142 (VSB)
With the consent of U.S. Pretrial Services, Mr. Sinclair respectfully requests permission to attend the birth of his child expected to be delivered this weekend.

Dear Judge Broderick:

It has come to my attention that USPO Ashley Cosme, and her supervisor, USPO Joshua Rothman, have no objection to Mr. Sinclair attending the birth of his child this weekend so long as he notifies them before leaving the residence. I am further told that if the child is not born by Saturday, the doctor will induce labor on Sunday, March 12, 2022. AUSA John Thomas Wright defers to Pretrial on this matter.

If there are any further questions about this matter, I can be reached immediately at 917-751-5754.

Thank you.

Respectfully submitted,
s/Richard Palma
Richard Palma