**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**
**NEW YORK**

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  6/21/23
>
> Mr. Sinclair is only permitted to go directly to and from the graduation.

June 20, 2023

<u>ECF Filed</u>

Honorable Vernon S. Broderick
United States District Judge
U.S. District Courthouse for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

    Re:    **U.S. v. Plaza, et al., including Maurice Sinclair, S1 22 Cr. 142 (VSB)**
             **Defense requests permission for Sinclair to attend daughter's Pre-K**
             **graduation ceremony scheduled for June 22, 2023 at 10:30 a.m.**

Dear Judge Broderick:

    It has come to my attention that USPO Ashley Cosme, has no objection to Mr. Sinclair attending his daughter's June 22nd school ceremony at *Little Stars 3* located at 1420 Burke Avenue, Bronx, New York.

    If there are any further questions about this matter, I can be reached immediately at 917-751-5754.

    Thank you.

                                                       Respectfully submitted,
                                                       s/Richard Palma
                                                       Richard Palma

Copy: AUSA Thomas Johbn Wright
         USPO Ashley Cosme (via email)