# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK**  **FAX. (212) 202-7800**
E-MAIL: rpalma177@gmail.com

July 6, 2023

**ECF Filed**

Honorable Vernon S. Broderick
United States District Judge
Daniel Patrick Moynihan U.S. District Courthouse
500 Pearl Street
New York, N.Y. 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 07/06/2023

    **Re:**    **U.S. v. Plaza, et al., including Maurice Sinclair, S1 22 Cr. 142 (VSB)**
           **Defense counsel requests permission for Co-counsel Carlos Santiago to appear on behalf of Maurice Sinclair.**

Dear Judge Broderick:

    After advising Mr. Maurice Sinclair that I am unable to attend today's pretrial conference at 12 Noon, I am respectfully seeking permission from Your Honor to excuse my appearance and to allow Co-counsel Carlos Santiago to appear on my and my client's behalf. I am currently preparing for trial in a matter before Hon. Nelson S. Roman, U.S.D.J. which begins Tuesday, July 11th. Mr. Sinclair who is aware that today's conference will occur at the 500 Pearl St. courthouse in courtroom 24.

    If there are any further questions about this matter, I can be reached immediately at 917-751-5754.

    Thank you.

                                 Respectfully submitted,
                                 s/Richard Palma
                                 Richard Palma